AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations –  Sheet 1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:07-cr-116-T-30TBM |
| CHARLES EDWARD DEMILIO | USM Number: 21521-179 |
| | |
| | David Secular, pda. |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE, TWO, THREE and FOUR of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervision (Grade C Violation) | March 2007 |
| TWO | Positive urinalysis for cocaine in violation of the Standard Conditions of Supervision (Grade C Violation) | February 26, 2007 |
| THREE | Positive urinalysis for cocaine, opiates, methamphetamine, benzodiazepines, and marijuana on March 6, 2007 in violation of the Standard Conditions of Supervision (Grade C Violation) | March 6, 2007 |
| FOUR | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition (Grade C Violation) | March 6, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 8, 2007
Date of Imposition of Judgment

*/s/ James S. Moody, Jr./*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

8 May 2007
Date

| DEFENDANT: | CHARLES EDWARD DEMILIO | Judgment - Page 2 of 2 |
|---|---|---|
| CASE NUMBER: | 8:07-cr-116-T-30TBM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FOUR (4) MONTHS. Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

_____ The Court makes the following recommendations to the Bureau of Prisons:

  X   The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   ___ at _____ a.m.   p.m.   on _____.

   ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___ before 2 p.m. on _____.

   ___ as notified by the United States Marshal.

   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL